UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:22-cv-81209-DMM

GARFIELD SPENCE,

    Plaintiff,
vs.

LINCOLN SUNRISE LLC and WAL-MART
STORES EAST, LP,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff, Garfield Spence, and Defendants, Lincoln Sunrise LLC and Wal-Mart Stores East, LP, having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*. Each party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated: October 24, 2022

By: */s/ Arlene K. Kline*
Arlene K. Kline, Esq.
Florida Bar No. 104957
Email: arlene.kline@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*Counsel for Defendant, Wal-Mart Stores East, LP*

By: */s/ Alberto R. Leal*
Alberto R. Leal, Esq.
Florida Bar No. 1002345
Email: albertolealesq@gmail.com
**ALBERTO R. LEAL, ESQ., P.A.**
8927 Hypoluxo Rd., #157
Lake Worth, FL 33467
Telephone: (954) 637-1868

*Counsel for Plaintiff, Howard Cohan*

By: */s/ Glenn L. Widom*
Glenn L. Widom, Esq.
Florida Bar No. 024775
Email: gwidom@gwidomlaw.com
**GLENN L. WIDOM, P.A.**
696 N.E. 125th Street
North Miami, FL 33161
Telephone:  (305) 663-8770

*Counsel for Defendant, Lincoln Sunrise LLC*